USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SUBPOENA TO ACTIVE MEDIA SERVICES, INC. d/b/a ACTIVE INTERNATIONAL, | Case No. 7:20-mc-00306-NSR (Miscellaneous Action) Related to Civil Action No. 2:18-cv-00100-JRG-RSP, pending in the United States District Court for the Eastern District of Texas, Marshall Division |

**MEMO ENDORSED**

### NOTICE OF MOTION AND MOTION TO WITHDRAW MOTION TO COMPEL ACTIVE INTERNATIONAL TO COMPLY WITH LEDMAN'S DOCUMENT-PRODUCTION SUBPOENA AND TO CLOSE THIS ACTION

PLEASE TAKE NOTICE that Movant Ledman Optoelectronic Co., Ltd., by and through its undersigned counsel, will and hereby does move this Court for an order (1) withdrawing its earlier motion to compel Active International's compliance with a third-party document-production subpoena and (2) closing this miscellaneous action. Respondent Active International does not oppose this motion.

Date: October 03, 2020

Respectfully submitted,

By: */s/ Maggie Xiaotong Wang*
Maggie Xiaotong Wang
BAYES PLLC
1765 Greensboro Station Pl, Ste 900
McLean, VA 22102
Telephone:   703-995-9887
Facsimile:    703-821-8128
Email: xiaotong.wang@bayes.law

*Attorneys for Movant
Ledman Optoelectronic Co., Ltd.*

The application is granted. Movant's motion to compel (ECF No. 1) is deemed withdrawn and the Clerk of the Court is kindly directed to close this action.

SO ORDERED:

Dated: 7/29/2021
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

1